IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00860-WYD-BNB

JOHN W. GRATTON, IV,

     Plaintiff,

v.

HOME DEPOT, U.S.A, INC., a Delaware corporation; and
ADOBEAIR, INC., an Arizona corporation,

     Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Dismissal, filed November 10, 2009 [#20].  Upon review of the Stipulation and the file herein, it is hereby

ORDERED that all the claims filed by Plaintiff John A. Gratton, IV against Home Depot U.S.A., Inc. and AdobeAir, Inc. are hereby dismissed in their entirety **WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Dated:  November 12, 2009

                                           BY THE COURT:

                                           s/ Wiley Y. Daniel
                                           Wiley Y. Daniel
                                           Chief United States District Judge